## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SUNCOR STAINLESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAM TAIL LLC, <br><br> Defendant. | Civil Action No. _____ <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF SUNCOR STAINLESS, INC'S COMPLAINT

Plaintiff Suncor Stainless Inc. ("Suncor"), by its attorneys, hereby alleges as follows:

### NATURE OF THE ACTION

1.     This is an action for copyright and patent infringement arising out of Defendant Ram Tail LLC ("Ram Tail") cable rail products and the printed materials provided with said products (generally the "Accused Products," as further identified below).

2.     Suncor seeks remedies for Ram Tail's patent infringement under the patent laws of the United States, 35 U.S.C. § 1, *et seq*., arising out of Ram Tail's manufacturing, using, selling, offering for sale, and/or importing the Accused

Products directly, jointly, indirectly, and/or willfully infringing one or more claims in Suncor's U.S. Patent No. 7,198,253 (the "Asserted Patent").

3.     Suncor also seeks remedies under the United States Copyright Act of 1976, as amended (the "Copyright Act"), 17 U.S.C. § 101 et seq., for Ram Tail's copyright infringement of Suncor's copyright in the instruction manual for Suncor's Quick Attach ™ Product for cable rail systems, as further identified below.

4.     As a result of Ram Tail's unlawful infringement, Ram Tail has been wrongfully enriched, and Suncor has been injured through loss of sales and good will and seeks injunctive and monetary remedies under the federal patent statute, 35 U.S.C. §§ 283, 284, and 285, and under the Copyright Act, 17 U.S.C. §§ 502-505.

## THE PARTIES

5.     Suncor is a Massachusetts corporation with its principal place of business at 70 Armstrong Road, Plymouth, Massachusetts 02360.

6.     Ram Tail is an Alabama limited liability company with its principal place of business located at 26399 Carondelette Dr., Orange Beach, Alabama 36561.

## JURISDICTION AND VENUE

7.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§

1331, 1338(a), 2201, and 2202.

8.    Ram Tail is engaged in, importing, marketing, selling, and distributing a range of cable rail products in the United States.

9.    This Court has personal jurisdiction over Ram Tail because it has infringed and continues to infringe the Asserted Patent and Suncor's copyrights in the Southern District of Alabama.

10.    Under 28 U.S.C. § 1400(a) and (b), venue is proper in this District because it is where Ram Tail's principal place of business is located.

11.    Venue is proper in this Division because Ram Tail's principal place of business is located in Baldwin County, Alabama.

## FACTUAL BACKGROUND

12.    Headquartered in Plymouth, Massachusetts, Suncor is a leading manufacturer of stainless steel hardware and components for markets spanning industrial, marine, architectural, commercial, government, and OEM. In addition to manufacturing, selling, and distributing prefabricated stainless steel parts, Suncor provides a number of services, including custom stainless steel part manufacturing and strength testing.

13.    Suncor owns all rights, titles, and interests in the Asserted Patent and is entitled to bring this action, including through having standing, by virtue of its

complete ownership of the Asserted Patent and copyrights discussed herein, as well as its injuries described herein.

14.     The Asserted Patent, U.S. Patent No. 7,198,253, entitled "WIRE ROPE CONNECTORS AND TENSIONERS FOR DECK RAILING SYSTEMS" issued on March 17, 2004.  A copy of this patent is attached to this Complaint as Appendix A.

15.     An actual case or controversy exists between Suncor and Ram Tail with respect to the Asserted Patent.

16.     Ram Tail makes, uses, sells, imports, or offers for sale (including in this District) various cable rail products that, literally and/or through the doctrine of equivalents, infringe the Asserted Patent.

17.     The Accused Products include Ram Tail's Cable Rail Hardware Part #8017 ("Part #8017"). Ram Tail's Part #8017 directly infringes the Asserted Patent. Part #8017 is available on Ram Tail's website at: https://ramtail.com/cable-rail-products/.   This product is also widely offered for sale on many hardware store websites. For example, Part #8017 is available through at least the following:

- Goodrich Lumber Co., 40 Independence Rd., Kingston, MA 02364;
- Meek's Lumber & Hardware, 1100 E. 20th St., Chico, CA 95928; and
- American Fence & Supply Co., 2215, I-45, League City, TX 77573.

18.     Among Suncor's various product offerings, Suncor developed and patented its C0981- Rail Easy Product for cable rail systems, as part of its significant investments of time and resources creating new and innovative products.

19.     Ram Tail's Part #8017 appears to be a direct copy of Suncor's C0981- Rail Easy Product.

20.     While the asserted claims of the Asserted Patent will be identified in due course, including after Ram Tail's production of relevant information, Ram Tail infringes literally or under the doctrine of equivalents, at least, claim 1 of the Asserted Patent, which recites:

1. A wire attachment and tensioning device, comprising:
        a rigid body having a threaded end;
        means for attaching a portion of a wire to the rigid body in a fixed connection;
        a tensioning assembly being an independent component from the attaching means and the rigid body, the tensioning assembly being fully rotatably attached to a support surface and the tensioning assembly including a threaded end to receive the threaded end of the rigid body such that rotating the tensioning assembly adjusts the distance of the portion of the wire attaching means from the support surface while maintaining the fixed connection between the rigid body and the wire unaffected by rotation of the tensioning assembly;
        the tensioning assembly further comprising a cylindrical member including a first threaded end and a second threaded end, the first end being the threaded end receiving the threaded end of the rigid body;
        a threaded swivel engaging the cylindrical member;

a mounting plate including a center aperture through which the
threaded swivel and cylindrical member are engaged, and an internal
recess for rotatably receiving the threaded swivel to allow the
cylindrical member and threaded swivel to freely rotate with respect
to the mounting plate; and

means for fastening the plate to the support surface.

21.     A claim chart showing how Part #8017 infringes claim 1 of the
Asserted Patent is attached as Appendix B, incorporated herein by reference.

22.     Ram Tail distributes various marketing and technical information
concerning the Accused Products to the general public, including its actual and
prospective customers, including through their product catalog available at
https://ramtail.com/catalog/ and via their product part identification packaging
(attached as Appendix C) included with Part #8017.  Those materials direct Ram
Tail's customers to configure or otherwise use the Accused Products, and/or
components thereof, in an infringing manner.

23.     In 2005, Suncor created the original instructions that are included with
sales of Suncor's Quick Attach$^{TM}$ Product (the "Copyrighted Work"), a copy of
which is attached to this Complaint as Appendix D.

24.     Suncor is the owner of all copyright rights in the Copyrighted Work.
The Copyrighted Work is registered with the U.S. Copyright Office, U.S. Reg. No.
TX0009304711 effective as of August 23, 2023. A true and correct copy of said
registration is attached to this complaint at Appendix E.

25.     Since creation of the Copyrighted Work, Suncor has published and distributed the Copyrighted Work in the United States by including the Copyrighted Work with sales of Suncor's Quick Attach$^{TM}$ Product. In the past three years, Suncor has sold over 21,000 parts for Quick Attach$^{TM}$ Products which included the Copyrighted Work.

26.     On information and belief, Ram Tail had access to the Copyrighted Work.

27.     At no time did Suncor authorize Ram Tail or any other party to copy, distribute, publish, display or enjoy any other rights in the Copyrighted Work.

28.     Ram Tail's Part #8017 is sold with packaging attached to this Complaint as Appendix C. The part identification packaging included with Ram Tail's Part #8017 appears to be a direct copy of and/or is substantially similar to the Copyrighted Work.

29.     Ram Tail's copying, reproduction, distribution, and/or public display of the packaging included with Ram Tail's Part #8017 is an infringement of Suncor's copyright in the Copyrighted Work.

30.     Suncor notified Ram Tail of its infringement of the Asserted Patent and Suncor's copyright in the Copyrighted Work by letter dated April 11, 2023. Ram Tail did not respond to Suncor's letter.

31.     Upon information and belief, Ram Tail has continued to sell, offer for sale, and/or distribute the Accused Products even after receipt of Suncor's letter.

Based on the information provided to Ram Tail in the letter of April 11, 2023, Ram Tail's continued infringement is intentional and willful.

## COUNT I
### (INFRINGEMENT OF U.S. PATENT NO. 7,198,253)

32.     Suncor hereby incorporates by reference each of the preceding paragraphs.

33.     Ram Tail has infringed one or more claims in the Asserted Patent, directly and/or indirectly, including claim 1 as illustrated in Appendix B.

34.     Ram Tail has had knowledge of the Asserted Patent since at least April 11, 2023.  Ram Tail's continued infringement is knowing, intentional, willful, and/or otherwise egregious.

35.     As a result of Ram Tail's infringement, Suncor has suffered, and continues to suffer, damages in an amount to be proved at trial.  Remedies for such infringement should include, among other things, an injunction against continuing infringement, an award of lost profits or a reasonably royalty, as well as an award of enhanced damages and fees and costs.

## COUNT II
### (COPYRIGHT INFRINGEMENT)

36.     Suncor hereby incorporates by reference each of the preceding paragraphs.

8

37.    The Copyrighted Work is an original literary work containing copyrightable subject matter for which copyright protection exists under the Copyright Act, 17 U.S.C. § 101, et. seq. Suncor is the exclusive owner of rights under copyright in and to the Copyrighted Work. Suncor owns a valid copyright registration for the Copyrighted Work, attached as Appendix E.

38.    Through Ram Tail's conduct alleged herein, including Ram Tail's reproduction, distribution, public display, and/or sale of the Accused Products, including materials that are directly copied from the Copyrighted Work, without Suncor's permission, Ram Tail has directly infringed Suncor's exclusive rights in the Copyrighted Work in violation of Section 501 of the Copyright Act, 17 U.S.C. § 501.

39.    On information and belief, Ram Tail's infringing conduct alleged herein was, and continues to be, willful and with full knowledge of Suncor's rights in the Copyrighted Work and has enabled Ram Tail illegally to obtain profit therefrom.

40.    As a direct and proximate result of Ram Tail's infringing conduct alleged herein, Suncor has been harmed and is entitled to damages in an amount to be proven at trial. Pursuant to 17 U.S.C. § 504(b), Suncor is also entitled to recovery of Ram Tail's profits attributable to Ram Tail's infringing conduct alleged

herein, including from any and all sales of the Accused Products, and an accounting of and a constructive trust with respect to such profits.

41.    Alternatively, Suncor is entitled to statutory damages pursuant to 17 U.S.C. § 504(c).

42.    Suncor is further entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

43.    As a direct and proximate result of the Ram Tail's infringing conduct alleged herein, Suncor has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. On information and belief, unless Ram Tail's infringing conduct is enjoined by this Court, Suncor will continue to infringe the Copyrighted Work. Suncor therefore is entitled to preliminary and permanent injunctive relief restraining and enjoining Ram Tail's ongoing infringing conduct.

## PRAYERS FOR RELIEF

Suncor respectfully requests the following relief:

(a)    A judgment that Ram Tail has infringed the Asserted Patent and/or will infringe the Asserted Patent;

(b)    A preliminary and permanent injunction enjoining Ram Tail, and all persons acting in concert with Ram Tail, from making, using, selling,

offering for sale, marketing, distributing, or importing the Accused

Products, or any product the use of which infringes the Asserted

Patents, or the inducement of, or contribution to, any of the foregoing,

prior to the expiration date of the Asserted Patent;

(c)    A judgment declaring that making, using, selling, offering for sale,

marketing, distributing, or importing of the Accused Products prior to

the expiration date of the Asserted Patent, infringes, will infringe, will

actively induce infringement of, and/or will contribute to the

infringement by others of the Asserted Patent;

(d)    A judgment awarding Ram Tail's profits obtained as a result of Ram

Tail's infringing conduct, including but not limited to, all profits from

sales and other exploitation of the Accused Products, and any

products, works, or other materials that include, copy, are derived

from, or otherwise embody the Accused Product, or in the Court's

discretion, such amount as the Court finds to be just and proper;

(e)    A judgment awarding damages sustained by Suncor as a result of Ram

Tail's infringing the Asserted Patent, including lost profits and at least

a reasonable royalty under the Patent laws, in an amount to be proven

at trial;

(f)     A declaration that this is an exceptional case and an award of enhanced damages as well as attorneys' fees pursuant to 35 U.S.C. § 285;

(g)     A judgment that Ram Tail has infringed the copyright of the Copyrighted Work under Section 501 of the Copyright Act (17 U.S.C. § 501);

(h)     A preliminary and permanent injunction enjoining Ram Tail, and all persons acting in concert with Ram Tail, from manufacturing, distributing, marketing, advertising, promoting, displaying, or selling, or authorizing any third party to manufacture, distribute, market, advertise, promote, display, or sell the Accused Product and any products, works, or other materials that include, copy, are derived from, or otherwise embody the Copyrighted Work;

(i)     A judgment awarding Ram Tail's profits obtained as a result of Ram Tail infringing Suncor's copyright on the Copyrighted Works, including but not limited to, all profits from sales and other exploitation of the Accused Products, and any products, works, or other materials that include, copy, are derived from, or otherwise embody the Copyrighted Work, or in the Court's discretion, such amount as the Court finds to be just and proper;

(j)     A judgment awarding Suncor's actual damages incurred as a result of Ram Tail's infringement of Suncor's Copyrighted Work;

(k)     A judgment for statutory damages pursuant to 17 U.S.C. § 504(c), should Suncor so elect, instead of actual damages or profits;

(l)     An award of Suncor's attorneys' fees and costs pursuant to 17 U.S.C. § 505.

(m)    An award of all of Suncor's costs and expenses in this action; and

(n)     Such further and other relief as this Court may deem just and proper.

## JURY DEMAND

Suncor respectfully requests a trial by jury on all issues so triable.

RESPECTFULLY SUBMITTED this 25 day of October 2023.

**SUNCOR INC.,**

By its attorneys,

*s/s J. Rushton McClees*
J. Rushton McClees (ASB-8805-c39j)
Robert R. Baugh (ASB-0312-a64r)
Alyse N. Windsor (ASB-8902-v72c)
**DENTONS SIROTE PC**
2311 Highland Avenue South
Birmingham, AL  35205
(205) 930-5106 (Phone)
(205) 930-5101 (Fax)
rushton.mcclees@dentons.com
robert.baugh@dentons.com
alyse.windsor@dentons.com

4882-0773-4666.1

**Of Counsel – Admission Pending:**

*/s/*Joseph P. Quinn
Joseph P. Quinn (MA Bar # 645135)
BURNS & LEVINSON LLP
125 High Street
Boston, MA 02110
Tel: (617) 345-3000
Fax: (617) 345-3299
jquinn@burnslev.com

**SERVE DEFENDANT BY CERTIFIED MAIL AS FOLLOWS:**

Ram Tail LLC
c/o Kevin Berland, Registered Agent
26399 Carondelette Dr.
Orange Beach, AL 36561