# **Appendix B**

## CLAIM CHART

Claim 1 of US. Patent No. 7,198,253                    Ram Tail Tensioner

| 1. A wire attachment and tensioning device, comprising: | |
|---|---|
| a rigid body having a threaded end; | Threaded stud 18 has threaded end 18'. For example: <br><br>*Annotated sketch of Ram Tail's Part #8017.* |
| means for attaching a portion of a wire to the rigid body in a fixed connection; | Gripping wedge 22 and collar 24 are means for attaching a wire to threaded stud 18 in a fixed connection. For example: |



*Annotated sketch of Ram Tail's Part #8017.*

| | |
|---|---|
| a tensioning assembly being an independent component from the attaching means and the rigid body, the tensioning assembly being fully rotatably attached to a support surface and | Tubular body 5 is an independent component from the gripping wedge 22, collar 24, and rigid body (18), and is fully rotatably attached to a support surface (via mounting plate 4). For example: |



*Annotated sketch of Ram Tail's Part #8017.*

2

| | |
|---|---|
| the tensioning assembly including a threaded end to receive the threaded end of the rigid body such that rotating the tensioning assembly adjusts the distance of the portion of the wire attaching means from the support surface while maintaining the fixed connection between the rigid body and the wire unaffected by rotation of the tensioning assembly | Threaded end 5' of tubular body 5 receives threaded end 18'of rigid body (threaded stud 18). Rotating the tubular body 5 assembly adjusts the distance between a support surface (e.g. at mounting plate 4) through engagement of the threaded surfaces of threaded stud (18) and tubular body 5, while leaving the wire unaffected. For example:<br><br><br><br>*Annotated sketch of Ram Tail's Part #8017.* |
| the tensioning assembly further comprising a cylindrical member including a first threaded end and a second threaded end, the first end being the threaded end receiving the threaded end of the rigid body; | Tubular body 5 is a cylindrical member including a first threaded end 5'and second threaded end 5''. The first threaded end 5' is threaded to the threaded end 18'of rigid body 18. For example, see annotated figures above. |
| a threaded swivel engaging the cylindrical member; | Swivel 8 is attached to tubular body 5, which is a cylindrical member. For example, see annotated figures above and also:<br><br><br><br>*Annotated sketch of Ram Tail's Part #8017.* |

3

| | |
|---|---|
| a mounting plate including a center aperture through which the threaded swivel and cylindrical member are engaged, and an internal recess for rotatably receiving the threaded swivel to allow the cylindrical member and threaded swivel to freely rotate with respect to the mounting plate; | Mounting plate 4 includes a center aperture 13 through which the swivel 8 and cylindrical member 5 are engaged, and an internal recess 4' for rotatably receiving the swivel 8 to allow the cylindrical member 5 to freely rotate with respect to the mounting plate 4. For example:  *Annotated sketch of Ram Tail's Part #8017.* |
| and means for fastening the plate to the support surface | Mounting holes 12 are means for fastening the mounting plate 4 to the support surface. For example, see annotated figures above and also:  |

4

| | *Annotated sketch of Ram Tail's Part #8017.* |
|---|---|